THE STATE OF KANSAS, *Appellant*, v. JOHN W. RAD-
FORD, *Appellee.*

No. 17,106.

THE STATE OF KANSAS, *Appellant*, v. JOHN W. RAD-
FORD, *Appellee.*

No. 17,107.

Appeal from Wyandotte court of common pleas; HUGH J. SMITH, judge.    Opinion filed June 17, 1910. Reversed.

*Fred S. Jackson*, attorney-general, *John Marshall*, assistant attorney-general, *Charles D. Shukers*, special assistant attorney-general, and *Joseph Taggart*, county attorney, for the appellant.

*John A. Hale*, and *Richard J. Higgins*, for the appellee.

*Per Curiam:* These cases involve the same questions as *The State v. Radford*, ante, p. 853, and are reversed for the same reasons.